# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HO-HO-KUS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> STEVEN SUCHARSKI, JANEEN SUCHARSKI and SAJE AEROSPACE, INC., <br><br> *Defendants*. | Civil Action No.: 2:23-cv-01677 <br><br> **PROPOSED ORDER** |

**AND NOW,** this _____ day of _____, 2023, upon consideration of that the Motion to Dismiss filed by Defendants Steven Sucharski, Janeen Sucharski, and Saje Aerospace, Inc. (the "Motion"), any opposition, reply and argument related there to, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and **IT IS FURTHER ORDRED** that Plaintiff Ho-Ho-Kus, Inc.'s Complaint against Defendants is **DISMISSED**.

                                            **SO ORDERED:**

                                            _____
                                            Hon. Brian R. Martinotti, U.S.D.J.

Dated: _____